No. 73–540. STATHAM v. RIDDLE. C. A. 9th Cir. Certiorari denied.

No. 73–548. HAHN ET UX. v. ROBINSON MEMORIAL HOSPITAL. Sup. Ct. Ohio. Certiorari denied.

No. 73–551. SMITH v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 73–553. NEGAARD ET AL. v. DEPARTMENT OF AERONAUTICS OF CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–554. PHILIPPINE ACE LINES v. SEATTLE STEVEDORE CO. C. A. 9th Cir. Certiorari denied.

No. 73–555. LINDSAY, MAYOR OF NEW YORK, ET AL. v. MAYE ET AL. Ct. App. N. Y. Certiorari denied.

No. 73–559. HECK'S INC. v. FOOD STORE EMPLOYEES UNION, LOCAL 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO. C. A. D. C. Cir. Certiorari denied.

No. 73–5063. BOYD v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 73–5151. WATSON v. AULT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 73–5169. McCRAY v. SCHLITZ, CLERK, U. S. DISTRICT COURT. C. A. 4th Cir. Certiorari denied.

No. 73–5203. ROSS v. BLACKLEDGE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.